USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2021

**O S B O R N   L A W, p.c.**

43 West 43rd Street, Suite 131
New York, New York 10036

| | |
|---|---|
| DANIEL A. OSBORN | TELEPHONE |
| LINDSAY M. TRUST | 212 - 725 - 9800 |
| | |
| | FACSIMILE |
| | 212 - 500 - 5115 |

March 3, 2021

Request GRANTED. SO ORDERED.
Dated: 3/3/2021

*/s/ Stewart D. Aaron*

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Breland v. Commissioner of Social Security,*
               Civil Action No. 1:20-cv-05576-ER-SDA

Dear Judge Aaron,

     We write on behalf of plaintiff, Cameisa Lavel Breland, and with the consent of the defendant, request a 30-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on March 5, 2021. Plaintiff respectfully requests an extension of time up to and including April 5, 2021. This is plaintiff's first request for an extension of time.

     Subject to the approval of the Court, the parties propose the following revised briefing schedule:

Honorable Stewart D. Aaron
March 3, 2021
Page 2

    a. Plaintiff to serve her motion for judgment on the pleadings on or before **April 5, 2021**;

    b. Defendant to serve its response/cross-motion on or before **June 4, 2021**; and

    c. Plaintiff to serve his reply (if any) on or before **June 25, 2021**.

Thank you for your consideration of this request.

                    Respectfully submitted,

                    s/Daniel A. Osborn
                    Daniel A. Osborn
                    OSBORN LAW, P.C.
                    43 West 43rd Street, Suite 131
                    New York, New York 10036
                    Telephone:   212-725-9800
                    Facsimile:    212-500-5115
                    dosborn@osbornlawpc.com

cc: Susan Branagan, Esq. (by ECF)