```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/04/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cameisa Lavel Breland,

                Plaintiff,

-against-

Commissioner of Social Security,

                Defendant.

20-cv-05576 (ER) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Commissioner's opposition to Plaintiff's motion for attorney fees is past due. (ECF No. 36.) If Commissioner fails to file opposition papers by Tuesday, April 11, 2023, the Court will make a recommendation to Judge Ramos regarding disposition of the foregoing based on Plaintiff's papers.

**SO ORDERED.**

Dated:    New York, New York
            April 4, 2023

_____
STEWART D. AARON
United States Magistrate Judge